AO 106 (Rev. 06/09) Application for a Search Warrant

G. Spartis
3/1/12

# UNITED STATES DISTRICT COURT
for the

## Southern District of Ohio

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
 )
**USPS Express Mail parcel EI325655909US** )  Case No. 2:12mj150
**addressed to Nash, 2042 Chadwick Dr., #D,** )
**Columbus, OH 43224; bearing the return** )
**address of Sara, 4139 Hillcrest Dr., #D, LA,** )
**CA 90008.** )

### APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the Southern District of Ohio *(identify the person or describe the property to be searched and give its location)*:

**USPS Express Mail parcel EI325655909US addressed to Nash, 2042 Chadwick Dr., #D, Columbus, OH 43224; bearing the return address of Sara, 4139 Hillcrest Dr., #D, LA, CA 90008. The parcel is a 12"x 11"x 9" brown cardboard box, sealed with clear tape, weighing 5.2 pounds, mailed on February 28, 2012, from Los Angeles, CA 90008, with $57.60 postage affixed. The parcel is presently located at 850 Twin Rivers Dr., Columbus, OH 43216.**

*The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):*

**A quantity of controlled dangerous substance which is contraband, in violation of Title 21, United States Code, Section 841(a)(1), Distribution of Controlled Substances, and Title 21, United States Code, Section 843(b), Unlawful Use of Communication Facility (U.S. Mail)**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of  21 U.S.C. 841(a), and the application is based on these facts:

**See attached Affidavit**

☒ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Donny T. Simmons, Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ March 7, 2011 _____

*Judge's signature*

City and state: _____ Columbus, Ohio _____

Terence P. Kemp, U.S. Magistrate/Judge
*Printed name and title*

Attachment to Application and Affidavit for Search Warrant

I, Donny T. Simmons, Postal Inspector, being duly sworn, depose and state as follows:

I have been a U.S. Postal Inspector for the past 20 years, enforcing federal mail and drug laws; currently assigned to Columbus, OH. I have received training at U.S. Postal Inspection Service National Training Seminars for mail related criminal investigations and have investigated cases with other federal, state, and local police units.

The U.S. Postal Inspection Service is aware that drug traffickers have been using Express Mail, a business-oriented service offered by the Post Office, to transport controlled substances and transfer funds, cash or otherwise, to further their enterprises. As a result of past investigations and prosecutions, the Postal Inspection Service has determined that a number of indicators can be used to identify packages containing contraband that have been entered into the Express Mail network. Inspectors routinely review shipment documents and Express Mail packages originating from or destined to drug source areas, to identify instances where there is a possibility of drug trafficking.

On February 29, 2012, Postal Inspectors in Columbus, OH, were examining incoming Express Mail at City Gate Processing and Distribution Center, Columbus, Ohio. Inspectors found a package that they believed contained illegal narcotics.

On February 29, 2012, Postal Inspectors took custody of USPS Express Mail parcel EI325655909US addressed to Nash, 2042 Chadwick Dr., #D, Columbus, OH 43224; bearing the return address of Sara, 4139 Hillcrest Dr., #D, LA, CA 90008. The parcel is a 12"x 11"x 9" brown cardboard box, sealed with clear tape, weighing 5.2 pounds, mailed on February 28, 2012, from Los Angeles, CA 90008, with $57.60 postage affixed.

The package has an odor your affiant recognizes as the smell of dried Khat (Grabba). Your affiant has written over 75 search warrants for Grabba. The smell of Grabba is distinctive. Your affiant recognizes that smell in this parcel.

A computerized address check revealed 2042 Chadwick Dr., #D, Columbus, OH 43224, is a legitimate for Columbus, OH 43224; however Nash. is not shown as residing at that address. A computerized address check was also conducted for 4139 Hillcrest Dr., #D, LA, CA 90008; this is a legitimate address in Los Angeles, CA 90008; however Sara is not shown as residing there. I know that Khat traffickers have, in the past, have used unknown names at legitimate addresses to

receive parcels containing contraband. Southern California has become a shipping point for Khat and Grabba traffickers to move their illegal contraband into the country. The condition of the parcel and the weight of the parcel, lead your affiant to believe the parcel contains Khat (Grabba).

Khat is a flowering evergreen shrub that is native to East Africa and contains cathinone (schedule I) and cathine (schedule IV). The stems of this plant are chewed by emigrants of the source countries for an intoxicating effect. These stems are usually shipped overnight mail because the plants must be fresh in order for the cathinone to maintain its maximum potency. When this happens the cardboard boxes the Khat is shipped in become damaged due to the fact the cardboard absorbs the moisture from the plants.

It is known from past drug investigations that drug detecting K-9's are not trained to alert on Khat; therefore the package was not subjected to a K-9 search.

Based on the facts set forth in this Affidavit, I believe there is probable cause to believe that controlled substances are being concealed in the parcel, and seek the issuance of a warrant to search the parcel for controlled substances to be seized.

_____
Donny Simmons, U.S. Postal Inspector

Sworn to before me, and subscribed in my presence, this 1st day of May 2011, at Columbus, Ohio.

_____
Elizabeth A. Preston Deavers, U.S. Magistrate/Judge